# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Melrose, MA and NH

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number  See "Additional Information"
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10245-IT   ☑ Yes  ☐ No

**Defendant Information:**

**Defendant Name** Eric Spofford   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 1374B S. Venetian Way, Miami Beach, FL

**Birth date (Yr only):** 1985  **SSN (last 4#):** 6372  **Sex:** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** Robert Fisher   **Address:** Nixon Peabody

**Bar Number:** _____   53 State Street, Boston, MA

**U.S. Attorney Information**

**AUSA:** Jason A. Casey   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/29/2025   **Signature of AUSA:** *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Eric Spofford

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 371 | Consipracy to Commit Stalking Through Interstate Travel and Using a Facility of Interstate Commerce | 1 |
| Set 2 | 18 USC §§ 2261A(2)(B) & 2 | Stalking Using a Facility of Interstate Commerce; Aiding and Abetting | 2 |
| Set 3 | 18 USC §§ 2261A(1)(B) & 2 | Stalking Through Interstate Travel; Aiding and Abetting | 3-4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants: 22-8005-PGL, 22-8006-PGL, 22-8060-PGL, 22-8061-PGL, 22-8062-PGL, 22-8063-PGL, 23-8066-PGL, 23-8067-PGL, 23-8072-PGL, 23-8073-PGL, and 23-8240-PGL.