UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
)
)
    v.                           )  Criminal No. 25-cr-10207-MJJ
)
ERIC SPOFFORD,            )
           Defendant

## **Motion to Modify Conditions of Release**

Now comes the Defendant, Eric Spofford, by and through counsel, pursuant to 18 U.S.C. §3142, and hereby moves the Court for an order permitting him to travel to Pennsylvania (through Baltimore, Maryland) from July 6 to July 7, 2026, to attend meetings at a business he owns in Abbottstown, Pennsylvania.

As noted below, U.S. Probation assents and the government has no objection to the requested relief.

As grounds and reasons therefore, Mr. Spofford states the following:

1.      Pursuant to the current terms of release, Mr. Spofford's travel is limited to New Hampshire, Massachusetts and Florida.  *See* Dkt. Entry 78.

2.      Mr. Spofford owns a business located in Abbottstown, Pennsylvania.

3.      There are meetings scheduled to occur on July 6, 2026, at his Pennsylvania business, and it's important that Mr. Spofford be physically present for these meetings.

4.      Throughout the period of his pretrial supervision Mr. Spofford has routinely travelled to and from Florida without incident.

5.      If permitted to travel for these meetings, Mr. Spofford intends to fly from

1

Boston, Massachusetts, to Baltimore, Maryland, on July 6, then drive to Abbottstown, Pennsylvania, for the meetings, and then likely drive back to sleep at a hotel close to the Maryland airport and fly back to Boston on July 7.

6.      Mr. Spofford will provide his supervising Probation Officer with all pertinent details of his travel plans once finalized.

7.      Mr. Spofford's supervising Probation Officer, Matthew Senesi, assents to the requested travel.

Wherefore, Mr. Spofford respectfully requests an order permitting him to travel to Pennsylvania (through Baltimore, Maryland) from July 6 to July 7, 2026.

## LOCAL RULE 7.1 CERTIFICATION

The government, by and through Assistant U.S. Attorney Anne Paruti, has no objection to the requested relief.

Respectfully submitted,
ERIC SPOFFORD,
By his Attorney,


**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  June 23, 2026

2

**<u>Certificate of Service</u>**

I, Robert M. Goldstein, hereby certify that on this date, June 23, 2026, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants.

**/s/ Robert M. Goldstein**
Robert M. Goldstein

3